UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Samantha Lynn Clark,<br><br>                    Plaintiff,<br>       v.<br><br>Lewis County Superior Court,<br><br>                    Defendant. | Case No. 3:25-cv-06129-DGE<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff's IFP application (Dkt. 1) is GRANTED, as to the financial criteria.

But, based on the allegations in the proposed complaint, it does not appear Plaintiff has met the criteria for IFP required under 28 U.S.C. § 1915(e)(2)(b). Therefore, the Court recommends the complaint be reviewed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(b).

Plaintiff is advised the assigned United States District Judge may further review the Complaint under 28 U.S.C. § 1915(e)(2)(b). Pending review by the assigned District Judge, a summons may not be issued. If the summons is not issued, then further filings submitted by Plaintiff will not be considered until after the assigned District Judge completes their review under 28 U.S.C. § 1915(e)(2)(b). The Court advises Plaintiff that

leave to proceed in forma pauperis does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the Honorable David G. Estudillo.

Dated this 19th day of December, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 2